UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

DUNGARVIN KENTUCKY, LLC,                                                                                    Plaintiff,

v.                                                                          Civil Action No. 4:23-cv-29-DJH-HBB

GERALDINE STITH, as Administratrix of
the Estate of Daniel Sutton,                                                                                Defendant.

* * * * *

## ORDER

Plaintiff Dungarvin Kentucky, LLC having filed a notice of voluntary dismissal (Docket No. 10), no answer or motion for summary judgment having been filed by Defendant Geraldine Stith, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket. Dungarvin's motion to compel arbitration (D.N. 3) is **DENIED** as moot.

May 12, 2023

David J. Hale, Judge
United States District Court

1